LAY, Circuit Judge,
concurring.
I am pleased to concur in Judge Arnold’s opinion. However, I hasten to add that in this day and age when state attorneys general feel they are targets of excessive prisoner court suits, both good and bad, causing undue expenditure of time and expense, it seems to me each state owes it to itself to obviate court suits relating to the expenditure of a few dollars for adequate mailing and legal correspondence. A flexible rather than a rigid policy could require prisoners, who feel limited in such expenditures, to make known their need and if need is demonstrated in good faith, adequate funds for legal mailing should be provided. My concern is that much prisoner litigation takes place simply because prison authorities bring it upon themselves without adequate consideration of means to avoid it.